UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23 CR 58 SNLJ (ACL) |
| | ) |
| SHERI L. REEVES, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on the Defendant's Fourth Motion for Extension of Time to file pretrial motions.  (Doc. 42.)

Counsel states that additional time is needed to further review the extensive discovery in this case, receive supplemental discovery from the Government, and consult with the Defendant regarding pretrial motions.  An extension of 30 days is requested.  The Government does not oppose the request.

For the reasons set out above, the Court finds that to deny the Defendant's request for an extension of 30 days would deny counsel for Defendant the reasonable time necessary to complete effective investigation and to determine whether pretrial motions need to be filed, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Fourth Motion for Extension of Time (Doc. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant is given until **February 7, 2024**, to file pretrial motions, or to file a Notice indicating she will not be filing pretrial motions. Should the Defendant file pretrial motions, a schedule will be set to allow the Government time to respond.

**IT IS FINALLY ORDERED** that the time granted to Defendant for further review of discovery and investigation, as well as for preparation of pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of January, 2024.